1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   THADDEUS JOHNSON,                    1:05-CV-00353-AWI-DLB-P

9                                        ORDER VACATING FINDINGS
             Plaintiff,                  AND RECOMMENDATIONS OF
10                                       APRIL 1, 2005   [Document #4]

11         vs.

12   DR. J. PAPPENFUS, et al.,

13           Defendants.
                                    /
14

15        Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C.

16  § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

17  § 636(b)(1).

18         On April 1, 2005, the Magistrate submitted findings and recommendations to United States

19  District Judge Anthony W. Ishii to deny plaintiff's request to proceed in forma pauperis and require

20  plaintiff to pay the $250.00 filing fee in full.  On April 20, 2005, plaintiff paid the $250.00 filing fee.

21  Due to the fact that the filing fee is paid in full, the findings and recommendation shall be vacated.

22         Accordingly, IT IS HEREBY ORDERED that the Magistrate's findings and

23  recommendations order of April 1, 2005, is VACATED in its entirety.

24  IT IS SO ORDERED.

25  **Dated:    April 27, 2005**                    **/s/ Dennis L. Beck**
    3c0hj8                              UNITED STATES MAGISTRATE JUDGE
26

27

28