UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS JOHNSON, | 1:05-cv-00353-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| vs. | |
| DR. J. PAPPENFUS, et al., | **ORDER DISMISSING CERTAIN DEFENDANTS** |
| Defendants. / | |

Plaintiff, Thaddeus Johnson ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 25, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
de novo review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed May 25, 2005,
are ADOPTED IN FULL;

    2.   This action proceed only against defendants Dr.
Pappenfus, Rodriguez, and Dr. Rees; and,

    3.   Defendants Grannis and Sedley are DISMISSED from this
action.

IT IS SO ORDERED.

**Dated:   September 14, 2005**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE