UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THADDEUS JOHNSON, | ) | 1:05-CV-0353 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO SUBMIT USM 285 FORMS |
| v. | ) | |
| | ) | ORDER GRANTING SERVICE BY THE |
| J. PAPPENFUS, et al., | ) | U.S. MARSHALL |
| | ) | |
| | ) | (DOCUMENT #16 AND 18) |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 7, 2005 and September 20, 2005, plaintiff filed a motions to extend time to complete service documents. Plaintiff has in addition requested the court assist with service by instructing the U.S. Marshall to serve defendants. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's motion is granted for the U.S. Marshal to complete service of process on defendants.

2. The Clerk of the Court shall send plaintiff (3) additional USM-285 forms, three (3) summons, a Notice of Submission of Documents, and a copy of the complaint filed March 16, 2005.

3..Plaintiff is granted thirty days from the date of service of this order in which to complete the required service documents.

4.. Within thirty (30) days from the date of this Order, plaintiff shall complete the attached

Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a. Completed summons;

      b. One completed USM-285 form for each defendant; and

      c. Four (4) copies of the endorsed complaint filed March 16, 2005.

     5.. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendants pursuant to Federal rule of civil Procedure 4 without payment of costs.

     6. <u>Failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

     IT IS SO ORDERED.

     **Dated:   October 18, 2005**             **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE