1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| THADDEUS JOHNSON, ) | 1: 05 CV F 0353 AWI DLB P |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION TO ACCEPT EVIDENCE |
| v. ) | [DOC 22] |
| ) | |
| DR. J. PAPPENFUS, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

20
21
22
23
24
25
26
27
28

        Plaintiff is a state prisoner proceeding pro per with a civil rights action pursuant to 42 U.S.C. section 1983.  On November 18, 2005, plaintiff filed a document entitled "Motion of Request in Support of Affidavit to Support Plaintiff's Evidence."  In his motion, plaintiff requests that the court accept further evidence in support of his retaliation claim.

        Plaintiff is advised that the court cannot serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits, etc.).  The parties may not file evidence with the court until the course of litigation brings the evidence into question (for example, on a motion for summary

1  judgment, at trial, or when requested by the court).  Plaintiff's motion is therefore DENIED.

2      IT IS SO ORDERED.

3      **Dated:    November 23, 2005**                        **/s/ Dennis L. Beck**
   3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28