IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. PAPPENFUS, et al.,<br><br>　　　　Defendants | CV F 05-0353  AWI DLB P<br><br>ORDER REFERRING MOTION FOR SUMMARY JUDGMENT TO MAGISTRATE JUDGE<br><br>ORDER VACATING NOVEMBER 6, 2006 HEARING |

　　　Plaintiff is state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's March 16, 2005 complaint against defendants MTA Rodriguez, Dr. Rees and Dr. Pappenfus for their alleged deliberate indifference to plaintiff's medical needs in violation of the Eighth Amendment and for retaliation.

　　　Pending before the court is defendants' motion for summary judgment. Given the allegations in this action concern conditions of confinement in state prison and this action is brought under 42 U.S.C. § 1983, the court finds the pending motion should be referred to the Magistrate Judge pursuant to Local Rule 72-302(c)(17).

　　　Accordingly, it is HEREBY ORDERED that:

1.　　The pending motion for summary judgment is REFERRED to Magistrate Judge Dennis L. Beck to issue Findings and Recommendations pursuant to Local Rule 72-302(c)(17);

2. The November 6, 2006 hearing before the undersigned is VACATED; and

3. If, after reviewing the motion, Judge Beck desires a hearing, he will set a new date and time for a hearing and notify the parties.   Otherwise, the motion will be taken under submission as of November 6, 2006.

IT IS SO ORDERED.

**Dated:   October 31, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE