UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. PAPPENFUS, et al.,<br><br>          Defendants.<br>_____/ | 1:05-cv-00353-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 37)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 33)<br><br>**ORDER THAT ACTION PROCEED ONLY AGAINST DEFENDANT MTA RODRIGUEZ** |

    Plaintiff, Thaddeau Johnson ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 30, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed October 30,
8 2006, are ADOPTED IN FULL;
9    2.   Defendants Pappenfus and Rees' unenumerated Rule 12(b)
10 motion, filed March 30, 2006, is GRANTED; and,
11    3.   This action proceed only against defendant MTA
12 Rodriguez.

IT IS SO ORDERED.

**Dated:   February 15, 2007**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

2