# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS JOHNSON,<br><br>         Plaintiff,<br><br>   v.<br><br>DR. PAPPENFUS, et al.,<br><br>         Defendants.<br>                                                          / | CASE NO. 1:05-CV-0353-AWI-DLB-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT RODRIGUEZ' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 36) |

Plaintiff Thaddeus Johnson, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 4, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 4, 2008, are adopted in full;
2. Defendant Rodriguez's motion for summary judgment, filed September 22, 2006, is GRANTED, thus concluding this action in its entirety; and
3. The Clerk of the Court is DIRECTED to enter judgment for Defendant and against Plaintiff.

IT IS SO ORDERED.

**Dated:   June 10, 2008**               /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE